# CZIK LAW PLLC

401 Greenwich Street
New York, New York 10013
T: (212) 413-4462 ● F: (212) 226-7555 ● E: info@cziklaw.com

Direct Email: steven@cziklaw.com

November 27, 2018

**Via ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601

      Re: USA v. Jason Nyguyen
        Case No.: 17-CR-701 (KMK)
        Our File No.: 2K17S1113

Honorable Judge Karas,

  As you may recall, this law firm represents Mr. Jason Nguyen, Defendant in the above captioned action currently scheduled for sentencing on December 6, 2018 at 2:00P.M. Unfortunately, due to the death of a close family friend and additional difficulties communicating with Mr. Nguyen's family and several references, we have encountered some difficulty and delay in properly completing Mr. Nguyen's critical Pre-Sentence Memoranda in the time required. As such and based on the foregoing, it is kindly and respectfully requested that the Mr. Nguyen's sentencing hearing currently scheduled for December 6, 2018 at 2PM be adjourned one final time, for at least two to three weeks. I have conferred with Assistant US Attorney Celia Cohen and she has indicated her consent for this application but specifically stated that the Government would be unavailable during the weeks of December 24, December 31 or January 7. Please note, I will be away from January 16 through January 23.

  Your courtesies and considerations are truly greatly appreciated.

          Very truly yours,

          Steven J. Czik

cc: **VIA ECF:**
   Christopher Clore, Assistant United States Attorney
   Celia Cohen, Assistant United States Attorney

SJC:vhs
2K17S1113.C8